# U.S. BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA (Birmingham)
### Adversary Proceeding #: 10-00014-TOM

Assigned to: Tamara O Mitchell
Date Filed: 02/19/10
Date Removed From State: 02/19/10

*Additional Plaintiffs:*
Joyce Duck
Belinda B. Early
Kenneth G. Elzinga
Fernand Baruch, Jr. IRA by and through its custodian Entrust MidAtlantic, LLC
Brigitte Schmidt-Ullrich, IRS by and through its custodian Entrust MidAtlantic, LLC
Jean Freitag
The C. Garland Hagen Rev Trust by and through its trustee C. Garland Hagen
GTC Partners, LLC
Kristian M. Gathright
Donovan L. Graham
Wilma C. Graham
Martha D. Hartmann-Harlan
Stephanie R. Holt
B. Stuart Holt, Ill
Kathryn C. Huck
Douglas H. Ludeman, Jr.
Andrew Malloy
Irene Malloy
Robert C. Metcalf
Susan T. Miner
Jane C. Nolan
P. Bradley Nott, Jr.
Jane T. Nott
Piper Investments, LLC
Alexander K. Scott
Karen Scott
The Smith Living Trust by and through its Trustees Robert L. Smith and Betsy G. Smith Peter A. Trost, III
Doug Wallace
Joanne Wallace
John M. Weiser
Teri L. Weiser
Gary N. Witthoefft
and Diane Perry

*Additional Defendants:*
Harbert Management Corporation
Harbert Power Fund III LLC
Wayne Nelson
Pat Molony
Russell Martin